UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIQUE LOTUS GEMS and GEMDIAM,

                Plaintiffs,

-against-

GHOLIAN ENTERPRISES INC., FARID GHOLIAN a/k/a ROB GHOLIAN, and AHARON AKUSH,

                Defendants.

18 Civ. 10808 (AT) (GWG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 53, of the Honorable Gabriel W. Gorenstein, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiffs' motion for a default judgment, ECF No. 35, is GRANTED, and judgment is entered as follows:

(1) Unique Lotus Gems shall be awarded a judgment against Gholian Enterprises Inc., Farid Gholian a/k/a Rob Gholian, and Aharon Akush, jointly and severally in the amount of $329,417 plus pre-judgment interest of $75.01 per day from November 12, 2016, until December 9, 2019; and

(2) Gemdiam should be awarded a judgment against Gholian Enterprises Inc., Farid Gholiana/k/a Rob Gholian, and Aharon Akush, jointly and severally in the amount of $272,627 plus pre-judgment interest of $61.02 per day from February14, 2017, until December 9, 2019.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: December 9, 2019
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge