**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNIQUE LOTUS GEMS and GEMDIAM,

Plaintiffs,

-against-

GHOLIAN ENTERPRISES INC., FARID
GHOLIAN a/k/a ROB GHOLIAN, and
AHARON AKUSH,

Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/9/19

18 **CIVIL** 10808 (AT)(GWG)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 9, 2019, ADOPTS the R&R is ADOPTED in its

entirety. Accordingly, Plaintiffs' motion for a default judgment is GRANTED, and judgment is

entered as follows: (1) Unique Lotus Gems is awarded a judgment against Gholian Enterprises

Inc., Farid Gholian a/k/a Rob Gholian, and Aharon Akush, jointly and severally in the amount of

$329,417 plus pre-judgment interest of $75.01 per day from November 12, 2016, until December

9, 2019, in the amount of $84,236.23; and (2) Gemdiam is awarded a judgment against Gholian

Enterprises Inc., Farid Gholiana/k/a Rob Gholian, and Aharon Akush, jointly and severally in the

amount of $272,627 plus pre-judgment interest of $61.02 per day from February 14, 2017, until

December 9, 2019, in the amount of $62,789.58; accordingly, the case is closed.

**Dated:** New York, New York
December 9, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**